UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SHANDRANEA JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>BRIDGET LOPEZ, GILBERT SMOOK, TERRENCE, WAHRISI LAMBEY,<br><br>Defendants. | Case No. 2:24-cv-00098-CDS-EJY<br><br>**ORDER** |

On January 11, 2024, Plaintiff filed an application to proceed *in forma pauperis* ("IFP") together with a Complaint alleging employment discrimination. ECF Nos. 2, 2-1. Plaintiff's IFP application is incomplete as the defendants are not named in the caption and the form was left essentially blank. ECF No. 2.

28 U.S.C. § 1915(a)(1) and the U.S. District Court for the District of Nevada Local Rule LSR 1-1 a party to proceed *in forma pauperis*, but the application **must** "include a financial affidavit disclosing the applicant's income, assets, expenses, and liabilities." Plaintiff's IFP application fails to provide information necessary to allow the Court to assess Plaintiff's ability to prepay fees.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's application to proceed *in forma pauperis* (ECF No. 2) is DENIED without prejudice.

IT IS FURTHER ORDERED that **no later than February 16, 2024**, Plaintiff must either pay the $405 filing fee for a civil action or file a complete application to proceed *in forma pauperis* by a non-prisoner.

IT IS FURTHER ORDERED that the Clerk of Court **must** mail Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner along with the information and instructions for filing the same.

IT IS FURTHER ORDERED that failure to either pay the $405 filing fee or file a complete application to proceed *in forma pauperis* on or before **February 16, 2024** will result in a recommendation to dismiss this action without prejudice. A dismissal without prejudice allows

1 Plaintiff to file her case with the Court, under a new case number, when she is able to comply with
2 LSR 1-1 and file a complete application to proceed *in forma pauperis* or pay the required filing fee.
3    IT IS FURTHER ORDERED that the Court will retain Plaintiff's Complaint (ECF No. 2-1)
4 but will not file it at this time.
5    Dated this 13th day of January, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE