UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SHANDRANEA JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>BRIDGET LOPEZ, GILBERT SMOOK, TERRENCE, WAHRISI LAMBEY,<br><br>Defendants. | Case No. 2:24-cv-00098-CDS-EJY<br><br>**REPORT AND RECOMMENDATION** |

Plaintiff, proceeding *pro se*, filed an incomplete application to proceed *in forma pauperis* ("IFP") together with a Complaint on January 11, 2024. ECF Nos. 2, 2-1. The Court denied Plaintiff's IFP on January 13, 2024 because Plaintiff failed to provide the required information necessary to allow the Court to assess Plaintiff's ability to prepay the court fees. ECF No. 5. Plaintiff was given through and including February 16, 2024 to either pay the $405 filing fee for a civil action or file a complete IFP application by a non-prisoner. *Id*. The Court ordered the Clerk of Court to send Plaintiff the IFP application by a non-prisoner along with the information and instructions for filing the same. *Id*. The Court explained if Plaintiff failed to comply with the Order it would recommend dismissal of this action without prejudice. *Id*. As of the date of this Recommendation, Plaintiff has not complied with the Court's January 13, 2024 Order.

Accordingly, IT IS HEREBY RECOMMENDED that this matter be dismissed without prejudice for failure to comply with the Court's January 13, 2024 Order.

Dated this 27th day of February, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1

**NOTICE**

Under Local Rule IB 3-2, any objection to this Finding and Recommendation must be in writing and filed with the Clerk of the Court within fourteen (14) days. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).